## Mix v. Fairchild.

1. GUARANTOR: JOINDER OF PARTIES. The maker and guarantor of a promissory note may be joined in an action thereon, following *Marvin* v. *Adamson et al.*, 11 Iowa 371.

*Appeal from Johnson District Court.*

TUESDAY, DECEMBER 3.

ACTION against the maker and guarantor (who was the payee) of a promissory note. The defendant demurred to the petition; the demurrer was overruled and the defendant appeals.

*John C. Henley* for the appellant, contended that the contract of the guarantor is separate and distinct from that of the maker and indorser, and that they can not be sued *jointly* on the note. Edwards on Bills & Prom. Notes, 219–221, and the authorities there cited.

*McKay & Bradley* for the appellee relied upon *Marvin* v. *Adamson et al.*, 11 Iowa 371.

PER CURIAM. Upon the authority of *Marvin* v. *Adamson*

*et al.*, 11 Iowa 371, it is held that there was not a misjoinder of parties, and that the court erred in sustaining the demurrer to the petition.

Reversed.